IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DON DANIELS, as conservator for the Estate of Sarah Daniels,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | CV-21-41-GF-BMM<br><br>**ORDER** |

Defendant, Atlantic Specialty Insurance Company (ASIC) has moved for an order allowing William Edward McMichael, Esq., to appear *pro hac vice* in this case with John W. Harkins, Esq., designated as local counsel. The application of Mr. McMichael appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

ASIC's motion to allow Mr. McMichael appear on its behalf (Doc. 14) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.     Mr. McMichael must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

    3.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

    4.     Admission is personal to Mr. McMichael, not the law firm he works for.

**IT IS FURTHER ORDERED**:

Mr. McMichael must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 23rd day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court